UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KIMBERLY RABON, | |
| Plaintiff, | Case No.: 2:17-cv-00353-RL-APR |
| v. | Honorable Judge Rudy Lozano |
| BLUESTEM BRANDS, INC. DBA FINGERHUT, | Magistrate Judge Andrew P. Rodovich |
| Defendant. | |

## NOTICE OF SETTLEMENT

KIMBERLY RABON ("Plaintiff") hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process will take no more than 45 days. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days of submission of this Notice of Settlement and respectfully request the Court to stay all proceedings until that time.

Respectfully submitted this 11th day of September, 2018.

    Respectfully submitted,

    *s/ Mohammed O. Badwan*
    Mohammed O. Badwan
    Sulaiman Law Group, Ltd.
    2500 S. Highland Ave., Ste. 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    mbadwan@sulaimanlaw.com
    *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*_____
Mohammed O. Badwan