UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KIMBERLY RABON,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>Defendant. | Case No.: 2:17-cv-00353-RL-APR<br><br>Honorable Judge Rudy Lozano |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Kimberly Rabon and the Defendant Bluestem Brand, Inc. d/b/a Fingerhut, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 26, 2018               Respectfully Submitted,

**KIMBERLY RABON**                     **BLUESTEM BRANDS, INC. D/B/A FINGERHUT**

*/s/ Mohammed O. Badwan*                */s/ Ryan G. Milligan (with consent)*
Mohammed O. Badwan                      Ryan G. Milligan
*Counsel for Plaintiff*                 *Counsel for Defendant*
Sulaiman Law Group, LTD.                Faegre, Baker, Daniels, LLP
2500 S. Highland Ave., Ste. 200         311 S. Wacker Drive, Suite 4300
Lombard, Illinois 60148                 Chicago, IL 60606
Phone: (630) 575-8181                   Phone: (312) 212-6500
mbadwan@sulaimanlaw.com                 ryan.milligan@faegrebd.com